THE HONORABLE JAMES L. ROBART

# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **MICHELE DEVORA-McNABB,**<br><br>Plaintiff,<br><br>v.<br><br>**BNSF RAILWAY COMPANY,**<br>a Delaware corporation<br><br>Defendant. | Case No. 2:21-cv-00880-JLR-DWC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Plaintiff Michele Devora-McNabb, through her undersigned attorneys, and pursuant to Fed.R.Civ.P. 41(a)(1) hereby files this Notice of Voluntary Dismissal of her causes of action without prejudice.

DATED: September 22, 2021         **ROSSI VUCINOVICH** PC

By: *S/ James K. Vucinovich*
James K. Vucinovich, WSBA #29199
jvucinovich@rvflegal.com
**ATTORNEYS FOR PLAINTIFF**

Notice of Voluntary Dismissal Without Prejudice - Page 1
Case No.: 2:21-cv-00880-JLR

**ROSSI VUCINOVICH**
PROFESSIONAL CORPORATION
1000 Second Avenue, Suite 1610
Seattle, Washington 98104
(425) 646-8003